UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61339-CIV-SINGHAL/VALLE

EDWIN ETIENNE,

    Plaintiff,

v.

CLIENT SERVICES, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on a *sua sponte* review of the record. On June 30, 2021, this Court entered an Order (DE [4]) requiring the parties to submit a joint scheduling report by July 21, 2021. The parties failed to comply, so the Court entered its own Scheduling Order (DE [10]). The Scheduling Order required the parties to file a notice of mediator selection by September 7, 2021, and warned the parties that failure to comply with the Scheduling Order may result in sanctions. *See id.* at 1, 7.[1] Again, the parties failed to comply.

Consequently, on September 8, 2021, the Court entered an Order (DE [11]) giving the parties until September 15, 2021, to file a notice of mediator selection. The Court warned the parties that failure to comply with the Order may result in a dismissal without prejudice without further notice. Because the parties have yet again failed to comply with a Court order, have not provided an explanation for their non-compliance, and have not requested an extension, the Court dismisses this case without prejudice for the parties'

---

[1] The deadline was actually September 6, 2021, which was a holiday, so the parties had until September 7, 2021, to file their notice. *See* Fed. R. Civ. P. 6(a)(1)(C).

willful failure to comply with Court orders.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 16th day of September 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF