UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61339-CIV-SINGHAL/VALLE

EDWIN ETIENNE,

    Plaintiff,

v.

CLIENT SERVICES, INC.,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

    The mediation conference in this matter shall be held remotely with James Betts on **January 26, 2022**, at 10:00 a.m.  All parties and counsel must attend.  A mediation report shall be filed by **January 31, 2022**.

    **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 20th day of September 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF